UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00116 |
| | ) | JUDGE CAMPBELL |
| SCOTT DOUGLAS SANFORD | ) | |

ORDER

Pending before the Court is a Motion to Continue Revocation Hearing (Docket No. 42). The Motion is GRANTED.

The hearing on the Superseding Petition (Docket No. 34) is continued to May 27, 2016, at 1:00 p.m.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE